1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

6  **Attorney for SHARON RYDER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RYDER,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant | CASE NO.:   2:16-CV-01535-CMK<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 13, 2017.  In addition to five motion summary judgments I had eleven hearings last month and fourteen hearings this month. The extension is needed due to press of business in plaintiff's attorney's office. Due to this extension the Commissioner has 30 days from the service of plaintiff's motion to file the defendant's opposition to a motion summary judgment.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1 | This is the 1st request for extension by plaintiff.

Dated: 1/12/17                                          /s/ *Peter Brixie*
                                                        PETER BRIXIE
                                                        Attorney at Law
                                                        Attorney for Plaintiff


Dated: 1/12/17                                          /s/ *Marcelo N. Illarmo*
                                                        MARCELO N. ILLARMO
                                                        Special Assistant U. S. Attorney
                                                        Attorney for Defendant


                                    __ooo__

                            APPROVED AND SO ORDERED


         Dated:  January 18, 2017                   _____
                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE


STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION