| | |
|---|---|
| SHARON RYDER | No. 2:16-cv-01535-TLN-CMK |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 28, 2017, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice that the parties may file objections within a specified time. (ECF No. 22.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 22) filed September 28, 2017, are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 15) is granted;

3. Defendant's cross-motion for summary judgment (ECF No. 18) is denied;

4. The matter is remanded for further proceedings as set forth in the findings and recommendations (ECF No. 22); and

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated: February 20, 2018

Troy L. Nunley
United States District Judge